UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA HOPSON,<br><br>             Plaintiff,<br><br>     v.<br><br>SHAHS OF SHIRAZ, INC., et al.,<br><br>             Defendants. | 1:16-cv-00993-DAD-MJS<br><br>NEW CASE NUMBER:<br><br>**1:16-cv-00993-MJS**<br><br>**ORDER REASSIGNING CASE** |

All parties in this action have executed and filed forms consenting to magistrate judge jurisdiction over this action for all purposes pursuant to 28 U.S.C. § 636(c). Accordingly, it is ordered that this matter be assigned to the docket of United States Magistrate Judge Michael J. Seng, for all purposes including trial and entry of Judgment.

To prevent a delay in documents being received by the correct judicial officer, the new case number listed below should be used on all future documents filed with the court.

**1:16-cv-00993-MJS**

IT IS SO ORDERED.

Dated:   **November 1, 2016**                                   /s/ Dale A. Drozd
                                                                                  UNITED STATES DISTRICT JUDGE

1