DANIEL MALAKAUSKAS, SBN 265903
P.O. Box 7006
Stockton, CA 95267
Telephone: 866-790-2242
Facsimile: 888-802-2440
Electronic Mail: daniel@malakauskas.com

Attorney for PLAINTIFF

RICHARD MORIN, SBN 285275
Law Office of Rick Morin, P.C.
555 Capitol Mall Suite 750
Sacramento, CA 95814
Telephone: 916-333-2222
Electronic Mail: legal@rickmorin.net

Attorney for DEFENDANTS

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# FRESNO DIVISION

| | |
|---|---|
| **CYNTHIA HOPSON**,<br><br>     PLAINTIFF,<br><br>     v.<br><br>**SHAHS OF SHIRAZ, INC.**, as an entity and dba "Burger King #2874", **KING OF CENTRAL VALLEY II, L.P.**, and DOES 1-10, inclusive,<br><br>     DEFENDANTS. | Case No.:   1:16-cv-0993-MJS<br><br>**STIPULATED DISMISSAL WITH PREJUDICE**<br><br>[Fed. R. Civ. P. 41] |

**IT IS HEREBY STIPULATED** by and between the parties in this action through their designated counsel, that this action be and is hereby dismissed in its entirety**, WITH PREJUDICE**, pursuant to Federal Rules of Civil Procedure 41(a)(1).  The parties shall bear their own costs and

attorney fees in connection with the lawsuit and the negotiation and preparation of any agreement entered into by such parties.

| | |
|---|---|
| Date: December 21st, 2016. | /s/Daniel Malakauskas<br>By: Daniel Malakauskas,<br>Attorney for Plaintiff |
| Dated: December 21st, 2016 | /s/Richard Morin<br>By: Richard Morin,<br>Attorney for Defendants |

## ORDER

**IT IS HEREBY ORDERED** that this action be and is hereby dismissed in its entirety, **WITH PREJUDICE**, pursuant to Federal Rules of Civil Procedure 41(a)(1), in case number 1:16-cv-00993-MJS.  The parties shall bear their own costs and attorney fees in connection with the lawsuit and the negotiation and preparation of any agreement entered into by such parties.

IT IS SO ORDERED.

Dated:   December 28, 2016          /s/ *Michael J. Seng*
                                             UNITED STATES MAGISTRATE JUDGE